IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC. and AGRIGENETICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INARI AGRICULTURE, INC. and INARI AGRICULTURE NV, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 23-1059 (RGA) ) ) ) ) ) ) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Inari Agriculture, Inc. and Inari Agriculture NV move to dismiss Plaintiffs Corteva Agriscience LLC, Pioneer Hi-Bred International, Inc., and Agrigenetics, Inc.'s Complaint (D.I. 1). The grounds for this Motion are set forth in Defendants' Opening Brief filed concurrently herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Dimitrios T. Drivas
Raj S. Gandesha
John P. Scheibeler
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10010
(212) 819-8200

Robert M. Isackson
Henry A. Gabathuler
Emily A. Rice
LEASON ELLIS LLP
One Barker Avenue
White Plains, NY 10601
(914) 288-0022

November 6, 2023

/s/ Megan E. Dellinger

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 6, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Chad S.C. Stover, Esquire<br>BARNES & THORNBURG LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Peter Bicks, Esquire<br>Brian Raphel, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY  10019-6142<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| David Gindler, Esquire<br>Lauren Drake, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 South Grand Avenue, Suite 2700<br>Los Angeles, CA  90071-1596<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Gary Frischling, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>631 Wilshire Blvd., Suite 2-C<br>Santa Monica, CA  90401<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Todd Vare, Esquire<br>BARNES & THORNBURG LLP<br>11 Sout Meridian Street<br>Indianapolis, IN  46204<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Ronald Cahill, Esquire<br>BARNES & THORNBURG LLP<br>One Marina Park Drive, Suite 1530<br>Boston, MA  02210<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Lauren Baker, Esquire<br>BARNES & THORNBURG LLP<br>3340 Peachtree Road N.E., Suite 2900<br>Atlanta, GA  30326<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

          */s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)