**Exhibit 2:  Expired Utility Patents**

| Order of Appearance on SAC Exhibit A or B | US PVP Certificate Number and URL | Patent Number | PVP Expiry Date | Patent Expiry Date | Purchase Order Date |
|---|---|---|---|---|---|
| A56 | 200000242<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/200000242.pdf | 6700041 | 1/30/2022 | 1/24/2020 | 9/8/2020 |
| A77 | 200000223<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/200000223.pdf | 6693231 | 1/30/2022 | 1/24/2020 | 9/8/2020 |
| A123 | 200000221<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/200000221.pdf | 6774289 | 1/30/2022 | 1/24/2020 | 9/8/2020 |
| A230 | 9700229<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009700229.pdf | 5866767 | 1/30/2021 | 1/29/2017 | 9/8/2020 |
| B1 | 200000224<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/200000224.pdf | 6313381 | 1/30/2022 | 1/24/2020 | 2/19/2020 |
| B2 | 200000207<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/200000207.pdf | 6316703 | 7/19/2022 | 1/24/2020 | 2/19/2020 |

Exhibit 2:  Expired Utility Patents

| Order of Appearance on SAC Exhibit A or B | US PVP Certificate Number and URL | Patent Number | PVP Expiry Date | Patent Expiry Date | Purchase Order Date |
|---|---|---|---|---|---|
| B3 | 200200009<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/200200009.pdf | 6717039 | 7/1/2004 | 1/12/2021 | 2/13/2022 |
| B4 | 9800384<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009800384.pdf | 6121520 | 6/14/2021 | 3/10/2018 | 2/19/2020 |
| B5 | 9900364<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009900364.pdf | 6127609 | 9/12/2021 | 2/24/2019 | 2/19/2020 |
| B6 | 9900363<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009900363.pdf | 6137036 | 9/12/2021 | 2/25/2019 | 2/19/2020 |
| B7 | 9900383<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009900383.pdf | 6124535 | 11/6/2021 | 2/26/2019 | 2/19/2020 |
| B8 | 9900382<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009900382.pdf | 6124532 | 11/6/2021 | 2/26/2019 | 2/19/2020 |

Exhibit 2: Expired Utility Patents

| Order of Appearance on SAC Exhibit A or B | US PVP Certificate Number and URL | Patent Number | PVP Expiry Date | Patent Expiry Date | Purchase Order Date |
|---|---|---|---|---|---|
| B9 | 9900379<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009900379.pdf | 6124533 | 11/6/2021 | 2/26/2019 | 2/19/2020 |
| B10 | 9700210<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009700210.pdf | 5608139 | 2/5/2021 | 9/1/2015 | 2/19/2020 |
| B11 | 9700212<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009700212.pdf | 5750849 | 2/5/2021 | 9/1/2015 | 2/19/2020 |
| B12 | 9800320<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009800320.pdf | 5942671 | 1/30/2021 | 3/10/2018 | 2/19/2020 |
| B13 | 9700209<br><br>https://apps.ams.usda.gov/CMS//AdobeImages/009700209.pdf | 6140562 | 10/27/2020 | 3/10/2018 | 2/19/2020 |