**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CORTEVA AGRISCIENCE LLC,
PIONEER HI-BRED INTERNATIONAL,
INC., and AGRIGENETICS, INC.,

        Plaintiffs,

    v.

INARI AGRICULTURE, INC. and INARI
AGRICULTURE NV,

        Defendants.

C.A. No. 23-1059 (JFM)

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AND MOTION TO EXCLUDE EXPERT TESTIMONY**

Plaintiffs Corteva Agriscience LLC, Pioneer Hi-Bred International, Inc., and Agrigenetics, Inc. (collectively, Corteva) respectfully move this Court for partial summary judgment and to exclude certain expert testimony of Defendants Inari Agriculture, Inc. and Inari Agriculture NV (collectively, Inari).

The grounds for these motions are set forth in Corteva's Opening Brief and the parties' Joint Appendix, both filed concurrently herewith. Pursuant to the Scheduling Order, Corteva's Opening Brief is limited to forty pages and addresses all of its *Daubert* objections and case dispositive motions, including motions for partial summary judgment. D.I. 49 at 7.

Dated:  April 3, 2026

**BARNES & THORNBURG LLP**

*/s/ Chad S.C. Stover*

Chad S.C. Stover (No. 4919)
Brian S.S. Auerbach (No. 6532)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel. (302) 300-3474
Email: Chad.Stover@btlaw.com
Email: Brian.Auerbach@btlaw.com

OF COUNSEL:

Peter Bicks (*Pro hac vice*)
Kim B. Goldberg (*Pro hac vice*)
Jordan B. Fernandes (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: +1 212 506 5000
Fax: +1 212 506 5151
pbicks@orrick.com
kgoldberg@orrick.com
jfernandes@orrick.com

David Gindler (*Pro hac vice*)
Lauren Drake (*Pro hac vice*)
Christopher Lynch (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Tel: +1 213 629 2020
Fax: +1 213 612 2499
dgindler@orrick.com
ldrake@orrick.com
christopher.lynch@orrick.com

Gary Frischling (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
120 Broadway, 4th Floor
Santa Monica, CA 90401
Tel: +1 310 633 2800
Fax: +1 310 633 2849
gfrischling@orrick.com

2

Carly Romanowicz (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley St.
Suite 2000
Boston, MA 02116
Tel: +1 617 880 1800
Fax: +1 617 880 1801
cromanowicz@orrick.com

Todd Vare (*Pro hac vice*)
BARNES & THORNBURG LLP
11 S. Meridian St.
Indianapolis, IN 46204
Tel: (317) 231-7735

Ronald Cahill (*Pro hac vice*)
Heather B. Repicky (*Pro hac vice*)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5312
Ronald.Cahill@btlaw.com
hrepicky@btlaw.com

Lauren Baker (*Pro hac vice*)
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326
Tel: (404) 264-4036
Lauren.Baker@btlaw.com

*Attorneys for Plaintiffs*

3

## RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. Local Rule 7.1.1, counsel for Corteva certifies that a reasonable effort has been made to reach agreement with Inari on the matters set forth in Corteva's Motions for Partial Summary Judgment and Motions to Exclude Expert Testimony. The parties corresponded by email and met and conferred including via videoconference on April 2, 2026, with lead and Delaware counsel present, to discuss the expert testimony at issue in Corteva's Motions. However, the parties were unable to resolve their disagreement.

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)

4