**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CORTEVA AGRISCIENCE LLC,** | : | **CIVIL ACTION** |
| **PIONEER HI-BRED** | : | |
| **INTERNATIONAL, INC.,** | : | |
| **AGRIGENETICS, INC.** | : | |
| | : | |
| **v.** | : | **NO.  23-1059** |
| | : | |
| **INARI AGRICULTURE, INC., INARI** | : | |
| **AGRICULTURE NV** | : | |

## <u>ORDER</u>

**AND NOW**, this 20th day of April 2026, it is **ORDERED** based on the opening briefs,

the parties should plan to bring Dr. Vellturo, Dr. Goodwin, and Dr. Zenner to the hearing.  This

list may be further reduced after review of the opposition briefing.

_____
**MURPHY, J.**