**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CORTEVA AGRISCIENCE LLC,
PIONEER HI-BRED INTERNATIONAL,
INC., and AGRIGENETICS, INC.,

    *Plaintiffs*,

   v.

INARI AGRICULTURE, INC., and INARI
AGRICULTURE NV,

    *Defendants*.

No. 23-cv-1059-JFM

## <u>NOTICE OF INTENT TO APPEAR</u>

The United States respectfully submits this notice to accept the invitation to participate in

the hearing scheduled for May 29, 2026. Court Order, D.I. 565 (May 18, 2026).

Dated: May 26, 2026

          Respectfully submitted,

          /s/ Shana Wallace

          SHANA WALLACE
          *Attorney*

          U.S. Department of Justice,
          Antitrust Division
          950 Pennsylvania Avenue, NW
          Washington, DC 20530
          Telephone: (202) 999-5025
          E-mail: Shana.Wallace@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I caused the foregoing to be filed through this Court's CM/ECF filer system, which will serve a notice of electronic filing on all registered users, including counsel for all parties.

        __/s/ Shana Wallace_____

        SHANA WALLACE