**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CORTEVA AGRISCIENCE LLC, *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-1059** |
| | : | |
| **INARI AGRICULTURE, INC., *et al.*** | : | |

# ORDER

**AND NOW**, this 12th day of August 2026, it is **ORDERED** Inari shall **show cause**, no later than **August 17, 2026**, why its advertisements are consistent with Delaware Lawyers' Rules of Professional Conduct 3.5 and 3.6. It appears that Inari is advertising a website about this litigation through Google sponsored results, and that the advertisements are targeted in part by geography (potentially the Delaware area, where the jury pool resides):







We would like assurance that if any lawyers are involved with or aware of this ad campaign, they are not violating Rules 3.5 or 3.6.

**MURPHY, J.**