IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC. and AGRIGENETICS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 23-1059 (JFM) |
| INARI AGRICULTURE, INC. and INARI AGRICULTURE NV, | ) | |
| Defendants. | ) | |

**INARI'S RESPONSE TO THE COURT'S**
**AUGUST 12, 2026 ORDER TO SHOW CAUSE (D.I. 609)**


MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

Dimitrios T. Drivas
Raj S. Gandesha
Hallie Kiernan
Angelika Kligos
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10010
(212) 819-8200

Robert M. Isackson
Henry A. Gabathuler
Emily A. Rice
LEASON ELLIS LLP
One North Lexington Avenue
Suite 1200
White Plains, NY 10601
(914) 288-0022


August 17, 2026

Inari submits this response to the Court's August 12, 2026 Order to Show Cause (D.I. 609) along with the accompanying declarations filed concurrently.[1]

The website identified in the Court's Order to Show Cause was a sub-page on Inari's corporate website (inari.com) that provides information to the public and Inari's investors about the lawsuit (the "Website"). Traudes Decl. ¶ 3. The Website described the parties' claims, defenses and counterclaims based on public record information and summarized events in the litigation and the remaining schedule in the case. *Id.* at Ex. A. The Website was launched on July 27, 2026. *Id.* at ¶ 3. Out of an abundance of caution, the content on the Website was removed from Inari's corporate website on August 12, 2026 after the Court issued its Order to Show Cause, pending resolution of the issues raised by the Order. *Id.* at ¶ 4.

Between August 6, 2026 and August 12, 2026, the Website was also associated with Google Paid Search Program ads that would cause the Website to appear in Google search results for any member of the public that searched Google using any of the following keywords and variations of these keywords: "Inari Lawsuit," "Inari Agriculture Corteva," "Inari Corteva," "Inari Agriculture Lawsuit," "Corteva Inari," "Inari Intellectual Property, "Inari Agriculture Litigation" or "Inari Litigation." Shapiro Decl. ¶ 4. The Google ads were limited to these targeted keywords and variations of these keywords and did not apply to any other search terms in Google. *Id.* at ¶¶ 4-5. The ads associated with the Website were limited to members of the public who searched the relevant keywords in the United States, but they did not geotarget Delaware or any other specific U.S. state. *Id.* at ¶ 5. Analytics associated with the Google Paid Search Program ads indicate that the Website was accessed only once by an individual located in Delaware who clicked

[1] Declaration of Steven Cristof Traudes, August 17, 2026 ("Traudes Decl."); Declaration of Adam Shapiro, August 17, 2026 ("Shapiro Decl."); Declaration of Raj Gandesha, August 17, 2026 ("Gandesha Decl."); Henry Gabathuler, August 17, 2026 ("Gabathuler Decl."); Declaration of Robert Isackson, August 17, 2026 ("Isackson Decl.").

on an associated Google ad. *Id.* at ¶ 6. Out of an abundance of caution, all related Google ads were removed on August 12, 2026, the same day the Website was removed from inari.com. *Id.* at ¶ 7. It is highly unlikely that a prospective juror in this action accessed the Website by clicking on a Google ad after searching for any of the keywords or variations listed above. To the extent a prospective juror did access the Website, this could be addressed during *voir dire*.

The only counsel of record for Inari who were aware of the Website before it went live were Raj Gandesha of White & Case LLP and Henry Gabathuler and Robert Isackson of Leason Ellis LLP. Gandesha Decl. ¶ 4; Gabathuler Decl. ¶ 4; Isackson Decl. ¶ 4. Neither Mr. Gandesha nor Mr. Gabathuler nor Mr. Isackson, nor any other outside counsel for Inari in this matter, were aware that Google Paid Search Program ads would be associated with the Website. Gandesha Decl. ¶ 5; Gabathuler Decl. ¶ 5; Isackson Decl. ¶ 5. Mr. Gandesha, Mr. Isackson and Mr. Gabathuler are aware of Delaware Lawyers' Rules of Professional Conduct 3.5 and 3.6 and provide their assurances to the Court that there has been no violation of either rule. Gandesha Decl. ¶ 6; Gabathuler Decl. ¶ 6; Isackson Decl. ¶ 6. As noted above, the Website describes the parties' claims, defenses and counterclaims based on public record information and summarizes events in the litigation and the remaining case schedule, which are permissible statements under Rule 3.6 (b)(1), (2) and (4), and are not violative of Rule 3.5 because they were not published by counsel and do not seek to influence a judge, juror or prospective juror by means prohibited by law. Counsel for Inari understands that the District of Delaware adopted the ABA Model Rules of Professional Conduct in 2001. D. Del. LR 83.6 (d). Mr. Gandesha, Mr. Isackson and Mr. Gabathuler provide their assurances of no violation of Model Rules 3.5 or 3.6 for the same reasons discussed above. Gandesha Decl. ¶ 6; Gabathuler Decl. ¶ 6; Isackson Decl. ¶ 6.

Inari and its counsel are available to provide any other information the Court may require relating to this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

Dimitrios Drivas
Raj S. Gandesha
Hallie Kiernan
Angelika Kligos
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
(212) 819-8200

Robert M. Isackson
Henry A. Gabathuler
Emily A. Rice
LEASON ELLIS LLP
One North Lexington Avenue, Suite 1200
White Plains, NY 10601
(914) 288-0022

Joseph J. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Amy K. Wigmore
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000

August 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 17, 2026, upon the following in the manner indicated:

Chad S.C. Stover, Esquire — *VIA ELECTRONIC MAIL*
Brian S.S. Auerbach, Esquire
BARNES & THORNBURG LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorneys for Plaintiffs*

Todd Vare, Esquire — *VIA ELECTRONIC MAIL*
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
*Attorneys for Plaintiffs*

Ronald Cahill, Esquire — *VIA ELECTRONIC MAIL*
Heather B. Repicky, Esquire
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
*Attorneys for Plaintiffs*

Lauren Baker, Esquire — *VIA ELECTRONIC MAIL*
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326
*Attorneys for Plaintiffs*

Peter Bicks, Esquire
Kim B. Goldberg, Esquire
Jordan B. Fernandes, Esquire
Christine Willgoos, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

David Gindler, Esquire
Lauren Drake, Esquire
Christopher Lynch, Esquire
Avery Cartwright, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071-1596
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Gary Frischling, Esquire
Gavin McGimpsey, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
120 Broadway, 5th Floor
Santa Monica, CA 90401
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Carly Romanowicz, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Elizabeth Moulton, Esquire
Robert Reese Oñate, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)