IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC., AGRIGENETICS, INC.** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 23-1059** |
| **INARI AGRICULTURE, INC., INARI AGRICULTURE NV** | : | |

# ORDER

**AND NOW**, this 8th day of September 2026, upon considering plaintiffs' motion for summary judgment and *Daubert* motion (DI 534), accompanying memorandum (DI 535) defendants' response (DI 555), and plaintiffs' reply (DI 564); as well as defendants' motion for summary judgment and *Daubert* motion (DI 537, 538), accompanying memorandum (DI 540), plaintiffs' response (DI 557), and defendants' reply (DI 563); the government's statement of interest (DI 562); plaintiffs' supplemental brief (DI 581) and defendants' supplemental briefs (DI 578, 582); and having issued four memoranda summarizing our rulings (DI 605, 627, 641, 648); it is **ORDERED** plaintiffs' motion for summary judgment and *Daubert* motion **(DI 534)** are **GRANTED IN PART AND DENIED IN PART**; and defendants' motion for summary judgment and *Daubert* motion **(DI 537, 538)** are **GRANTED IN PART AND DENIED IN PART**; as described in the four memoranda and summarized below:

**Plaintiffs' motions (DI 534):**

- Motion for summary judgment on Inari's counterclaims 1, 2, 4, 5, and 7 and affirmative defenses 2, 5, 8, 11 (anticipation) is **GRANTED**.
- Motion for summary judgment on Corteva's counts 18 and 19 (breach of contract) is

**DENIED**.

- Motion for summary judgment on Inari's affirmative defense 18 (PVP invalidity under § 2402) is **GRANTED IN PART AND DENIED IN PART**.
- Motion for summary judgment on Inari's counterclaims 14 (Lanham Act) and 16 (abuse of process) is **GRANTED**.
- Motion to preclude Dr. Riley is **GRANTED**.
- Motion to preclude Dr. Silverstone is **GRANTED**.
- Motion to preclude experts from testifying on the applicable law is **GRANTED**.
- Motion to preclude Dr. Zenner is **DENIED as moot**.
- Motion to preclude Dr. Goodwin is **GRANTED IN PART AND DENIED IN PART**.

**Defendants' motions (DI 537, 538):**

- Motion for summary judgment on Corteva's counts 1 and 2 (noninfringement of Corteva's PVP certificates) is **DENIED**.[1]
- Motion for summary judgment on Corteva's counts 9 (VIV), 12, and 15

---

[1] Inari writes that our third memorandum did not address "the infringement of the Appendix B PVP seeds and the conflict between the right to use patented inventions on expired patents and the PVP infringement allegations in this case (D.I. 540 at 1, 10-11)." DI 643 at 1. All that page 10 of Inari's opening brief says about expired patents is: "When Inari purchased the patent deposit samples of the Exhibit B seeds, the underlying patents had expired (SOF, ¶¶ 68-70, 72-73), and the public was able to use the seeds free of patent infringement. Many of the PVP certificates expired shortly after." DI 540 at 10. That is not an actionable summary judgment argument.

Inari also writes that the third memorandum did not address "(2) the applicability of the Budapest Treaty obligations to the Asserted Patents and its impact on Corteva's infringement theories (D.I. 563 at 7-9)." DI 643 at 1. Inari's citation, DI 563, is Inari's reply brief. Inari did not make this argument in its opening brief. *See* DI 641 at 7 n.2. Arguments raised in reply are waived. *See, e.g.*, *Laborers' Int'l Union of N. Am. v. Foster Wheeler Corp.*, 26 F.3d 375, 398 (3d Cir. 1994) ("An issue is waived unless a party raises it in its opening brief.").

(noninfringement of Corteva's 522, 363, and 441 patents under § 271(a)) is **GRANTED** as conceded.

- Motion for summary judgment on Corteva's counts 3 and 6 (noninfringement under § 271(a)) is **DENIED**.
- Motion for summary judgment on Corteva's counts 5, 8, 11,[2] 14, and 17 (no induced infringement under § 271(b)) is **GRANTED**.
- Motion for summary judgment as to legal estoppel is **DENIED**.
- Motion for summary judgment on Corteva's counts 4, 7, 10, 13, and 16 (no infringement under § 271(f)(2)) is **DENIED**.
- Motion to preclude Corteva's experts from testifying on Inari's mental state is **GRANTED IN PART AND DENIED IN PART**. *See* DI 572, 584.
- Motion to preclude Dr. Vellturo is **DENIED**.

/s/John F. Murphy, U.S. D.J.

**MURPHY, J.**

[2] Inari correctly points out that our memorandum should have included, but did not include, Count XI. DI 643 at 1.