IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC. and AGRIGENETICS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 23-1059 (JFM) |
| INARI AGRICULTURE, INC. and INARI AGRICULTURE NV, | ) | |
| Defendants. | ) | |

**INARI'S MOTION FOR EXEMPTION OF PERSONS FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONICS**

Inari Agriculture, Inc. and Inari Agriculture NV (collectively, "Inari") move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Inari states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. Courtroom setup for the trial in this matter is scheduled for September 22, 2026, at 2:00 p.m. in Courtroom 4A.

3. An eight-day jury trial is scheduled in this case from September 23-October 2, 2026, in Courtroom 4A.

4. The following individuals intend to appear at courtroom setup and/or the trial, request access to their electronic devices, but do not have state-issued bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Carol Anne Bredeson, Paralegal
- Basil Thomas, Paralegal
- Steve Bolinger, Trial Technician
- Michael Skrzypek, Trial Technician
- Renea George, Trial Technician
- Shari Smithhisler, Trial Technician
- Liz Thompson, Jury Consultant
- Pierre-Etienne Boin, Client Representative
- Jeffrey Buchholz, Client Representative
- Angus Kelly, Client Representative
- Emily Negrin, Client Representative
- Joshua Price, Client Representative
- Natalia de Leon Gatti, Expert Witness
- Barry Goodwin, Expert Witness
- Ray Riley, Expert Witness
- Aron Silverstone, Expert Witness
- Catherine Feuillet, Fact Witness
- Clay Graham, Fact Witness
- Ignacio Martinez, Fact Witness
- Lisa Nunez Safarian, Fact Witness

- Rodrigo Sala, Fact Witness
- Ronald Wulfkuhle, Fact Witness
- Frederic Van Ex, Fact Witness

WHEREFORE, Inari respectfully request that the Court issue an order to exempt the above-listed persons from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*

September 16, 2026

SO ORDERED, this ___________ day of _____________________, 2026.

______________________________________
United States District Judge