**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC., and AGRIGENETICS, INC., Plaintiffs, <br><br> v. <br><br> INARI AGRICULTURE, INC. and INARI AGRICULTURE NV, <br><br> Defendants. | C.A. No. 23-1059 (JFM) |

**PLAINTIFFS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs Corteva Agriscience LLC, Pioneer Hi-Bred International, Inc. and Agrigenetics, Inc.'s (collectively, "Corteva") respectfully moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motin, Corteva states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. Courtroom setup for the trial in this matter is scheduled for September 22, 2026, at 2:00 p.m. in Courtroom 4A.

3. An eight-day jury trial is scheduled in this case from September 23-October 2,

2026, in Courtroom 4A.

4. The following individuals intend to appear at courtroom setup and/or the trial, request access to their electronic devices, but do not have state-issued bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Jennifer Johnson (Client Representative)
- Kurt Van Thomme (Client Representative)
- Daniel Gomez (Client Representative)
- Thomas Warnock (Client Representative)
- Peter Bicks (Co-Counsel)
- Lauren Drake (Co-Counsel
- Gary Frischling (Co-Counsel)
- Kim B. Goldberg (Co-Counsel)
- Jordan B. Fernandes (Co-Counsel)
- Carly Romanowicz (Co-Counsel)
- Christine Willgoos (Co-Counsel)
- Avery Cartwright (Co-Counsel)
- Jessica Krevitt (Co-Counsel)
- Robert R. Onate (Co-Counsel)
- Elizabeth Moulton (Co-Counsel)
- Denise Montiel (Graphics Team)
- David Reeder (Graphics Team)
- Troy Sweetland (Graphics Team)
- David Brodsky (Graphics Team)
- Lee Meihls (Consultant)
- Ashley Gustafson (Consultant)
- Miwako Burleigh (Paralegal)
- Donald Kunkler (Paralegal)
- Erin Matheson (Paralegal)
- Kathleen Lytle (Paralegal)
- Samuel Eathington (Fact Witness)
- Albert Lu (Fact Witness)
- Wendy Srnic (Fact Witness)
- Terry Wright (Fact Witness)
- Hobart Beeghly (Expert Witness)
- Marty Bollinger (Expert Witness)
- Stephen Dellaporta (Expert Witness)
- Mark Mikel (Expert Witness)
- Christopher Vellturo (Expert Witness)
- Peter Malaspina (Consultant)
- Susan Wessler (Expert Witness)

WHEREFORE, Inari respectfully request that the Court issue an order to exempt the above-listed persons from the District of Delaware's May 17, 2024 Standing Order.

Dated: September 17, 2026

**BARNES & THORNBURG LLP**

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
Brian S.S. Auerbach (No. 6532)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 300-3474
chad.stover@btlaw.com
brian.auerbach@btlaw.com

OF COUNSEL:

Peter Bicks (*Pro hac vice*)
Kim B. Goldberg (*Pro hac vice*)
Jordan B. Fernandes (*Pro hac vice*)
Christine Willgoos (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: +1 212 506 5000
Fax: +1 212 506 5151
pbicks@orrick.com
kgoldberg@orrick.com
jfernandes@orrick.com
cwillgoos@orrick.com

David Gindler (*Pro hac vice*)
Lauren Drake (*Pro hac vice*)
Christopher Lynch (*Pro hac vice*)
Avery Cartwright (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071-1596
Tel: +1 213 629 2020
Fax: +1 213 612 2499
dgindler@orrick.com
ldrake@orrick.com
acartwright@orrick.com

Gary Frischling (*Pro hac vice*)
Gavin McGimpsey (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2-C
Santa Monica, CA 90401
Tel: +1 310 633 2800
Fax: +1 310 633 2849
gfrischling@orrick.com
gmcgimpsey@orrick.com

Carly Romanowicz (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
T: +1 617 880 1800
F: +1 617 880 1801
cromanowicz@orrick.com

Elizabeth Moulton (*Pro hac vice*)
Robert Reese Oñate (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco CA 94105-2669
(415) 773-5700
emoulton@orrick.com
ronate@orrick.com

Todd Vare (*Pro hac vice*)
BARNES & THORNBURG LLP
11 S. Meridian St.
Indianapolis, IN 46204
Tel: (317) 231-7735
Todd.Vare@btlaw.com

Ronald Cahill (*Pro hac vice*)
Heather B. Repicky (*Pro hac vice*)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5312
Ronald.Cahill@btlaw.com
hrepicky@btlaw.com

Lauren Baker (*Pro hac vice*)
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326
Tel: (404) 264-4036
Lauren.Baker@btlaw.com

*Attorneys for Plaintiffs*

SO ORDERED, this 17th day of September, 2026.

/s/John F. Murphy, U.S.D.J.
The Honorable John F. Murphy
United States District Judge