IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC. and AGRIGENETICS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 23-1059 (JFM) |
| INARI AGRICULTURE, INC. and INARI AGRICULTURE NV, | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF PARTIAL DISMISSAL OF CERTAIN INFRINGEMENT CLAIMS, INVALIDITY COUNTERCLAIMS, AND AFFIRMATIVE DEFENSES**

WHEREAS on October 1, 2024, Plaintiffs Corteva Agriscience LLC, Pioneer Hi-Bred International, Inc., and Agrigenetics, Inc. (collectively, "Corteva") filed the Second Amended Complaint in this action alleging infringement of the '434, '246, '522, '363, '441 patents and certain of Corteva's Plant Variety Protection certificates (D.I. 148);

WHEREAS on November 14, 2024, Inari filed its Sealed Answer, Affirmative Defenses, and Counterclaims to the Second Amended Complaint, alleging invalidity of the '434, '246, '522, '363, '441, and '378 patents, and certain of Corteva's Plant Variety Protection certificates (D.I. 160);

WHEREAS the parties, by and through their undersigned attorneys, agree that it is desirable to narrow the issues for trial by: (i) Corteva dismissing without prejudice certain of its infringement claims , as set forth below; and (ii) Inari dismissing without prejudice certain of its counterclaims and affirmative defenses, as set forth below, in each case without waiving, mooting, or otherwise affecting either party's right to seek appellate review of the rulings identified below;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their

respective counsel, subject to the Court's approval, that the parties' respective claims, counterclaims, and affirmative defenses identified below are dismissed without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c):

1. Inari's counterclaims and affirmative defenses identified below are dismissed without prejudice, as follows:

   a. Second Affirmative Defense and Counterclaim Count I (invalidity of the '434 Patent) as to grounds pled under 35 U.S.C. § 112 as to all claims and 35 U.S.C. § 103 as to all claims;

   b. Fifth Affirmative Defense and Counterclaim Count II (invalidity of the '246 Patent) as to grounds pled under 35 U.S.C. § 112 as to all claims, 35 U.S.C. § 112 as to claims 1, 3, and 6, and 35 U.S.C. § 103 as to all claims;

   c. Eighth Affirmative Defense and Counterclaim Count IV (invalidity of the '363 Patent) as to grounds pled under 35 U.S.C. § 112 as to all claims, 35 U.S.C. § 103 as to all claims, and obviousness-type double patenting as to claims 1-4 and 6; and

   d. Eleventh Affirmative Defense and Counterclaim Count V (invalidity of the '441 Patent) as to grounds pled under 35 U.S.C. § 112 as to all claims, 35 U.S.C. § 103 as to all claims, and obviousness-type double patenting as to claim 2.

2. Corteva's claims of infringement of the following patent claims are dismissed without prejudice, as follows:

   a. Claims 1, 3, and 4 of the '246 Patent;

   b. Claim 6 of the '246 Patent;

   c. Claim 8 of the '246 Patent;

   d. Claim 1 of the '434 Patent;

e. Claim 7 of the ’434 Patent;

f. Claim 14 of the ’434 Patent;

g. Claim 15 of the ’434 Patent; and

h. Claim 2 of the ’441 Patent.

3. For the avoidance of doubt, Inari’s Counterclaim Counts I, II, IV, and V are dismissed without prejudice in their entirety, as to the grounds of those counterclaims listed above. Similarly, Corteva’s claims of infringement of claims 1, 3, and 4 of the ’246 Patent and Claim 7 of the ’434 Patent are dismissed without prejudice in their entirety. Corteva’s claims of infringement of claims 6 and 8 of the ’246 Patent, claims 14 and 15 of the ’434 Patent, and claim 2 of the ’441 Patent are dismissed without prejudice only as to the specific theory of infringement identified above, and remain pending as to any other theory of infringement not resolved by summary judgment.

4. Nothing in this Stipulation dismisses, waives, moots, or otherwise affects Inari’s remaining counterclaims and affirmative defenses, or Corteva’s remaining infringement claims, which remain pending in this action. For clarity, dismissal without prejudice of infringement claims concerning an independent claim shall have no effect on Corteva’s ability to seek to prove infringement of any dependent claims not dismissed pursuant to this stipulation.

5. Each party enters into this Stipulation solely to narrow the issues for trial.

6. This Stipulation, and any final judgment entered pursuant to it, shall not be construed as a waiver, abandonment, or forfeiture of either party’s right to seek appellate review of any of the following, each of which the parties expressly and unequivocally reserve the right to appeal:

a. The Court’s order granting in part Corteva’s motion to dismiss certain of Inari’s counterclaims and strike certain of Inari’s affirmative defenses (D.I. 250);

b. The Court's order denying Inari's motion for leave to amend its answer, affirmative defenses, and counterclaims (D.I. 519, 520);

c. The Court's order denying Inari's motion for reconsideration of the order described in subsection 6(b) (D.I. 531); and

d. The Court's summary judgment rulings (D.I. 605, 627, 641, 648, 651).

7. This Stipulation removes only the infringement claims, invalidity counterclaims, affirmative defenses, and grounds expressly identified in Paragraphs 1 and 2 above. It does not resolve, and shall not be construed to resolve, any other claim, counterclaim, affirmative defense, or issue pending in this action, including without limitation those identified in Paragraphs 4-6 above.

**BARNES & THORNBURG LLP**

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
Brian S.S. Auerbach (No. 6532)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel. (302) 300-3474
Chad.Stover@btlaw.com
Brian.Auerbach@btlaw.com

*Attorneys for Plaintiffs*

OF COUNSEL:
Peter Bicks (*Pro hac vice*)
Kim B. Goldberg (*Pro hac vice*)
Jordan B. Fernandes (*Pro hac vice*)
Christine Willgoos (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: +1 212 506 5000
Fax: +1 212 506 5151
pbicks@orrick.com
kgoldberg@orrick.com
jfernandes@orrick.com
cwillgoos@orrick.com

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Megan E. Dellinger*
Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:
Dimitrios T. Drivas
Raj S. Gandesha
Hallie Kiernan
Angelika M. Kligos
White & Case LLP
1221 Avenue of the Americas
New York, NY 10010
(212) 819-8200

Robert M. Isackson
Henry A. Gabathuler
Emily A. Rice
Leason Ellis LLP
One North Lexington Ave.
Suite 1200
White Plains, NY 10601

David Gindler (*Pro hac vice*)
Lauren Drake (*Pro hac vice*)
Christopher Lynch (*Pro hac vice*)
Avery Cartwright (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Tel: +1 213 629 2020
Fax: +1 213 612 2499
dgindler@orrick.com
ldrake@orrick.com
clynch@orrick.com
acartwright@orrick.com

Gary Frischling (*Pro hac vice*)
Gavin McGimpsey (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2-C
Santa Monica, CA 90401
Tel: +1 310 633 2800
Fax: +1 310 633 2849
gfrischling@orrick.com
gmcgimpsey@orrick.com

Carly Romanowicz (Pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley St.
Suite 2000
Boston, MA 02116
Tel: +1 617 880 1800
Fax: +1 617 880 1801
cromanowicz@orrick.com

Elizabeth Moulton (*Pro hac vice*)
Robert Reese Oñate (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco CA 94105
Tel: +1 415 773 5700
Fax: +1 415 773 5759
emoulton@orrick.com
ronate@orrick.com

Todd Vare (*Pro hac vice*)
BARNES & THORNBURG LLP
11 S. Meridian St.
Indianapolis, IN 46204
Tel: (317) 231-7735
Todd.Vare@btlaw.com

Ronald Cahill (*Pro hac vice*)
Heather B. Repicky (*Pro hac vice*)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5312
Ronald.Cahill@btlaw.com
hrepicky@btlaw.com

Lauren Baker (*Pro hac vice*)
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326
Tel: (404) 264-4036
Lauren.Baker@btlaw.com

SO ORDERED this _______ day of ___________________, 2026.

_______________________________________
UNITED STATES DISTRICT JUDGE