**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CORTEVA AGRISCIENCE LLC, *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-1059** |
| | : | |
| **INARI AGRICULTURE, INC., *et al.*** | : | |

# ORDER

**AND NOW**, this 21st day of September 2026, in light of the Joint Stipulation of Partial Dismissal of Certain Infringement Claims, Invalidity Counterclaims, and Affirmative Defenses (DI 691), it is **ORDERED** that the parties shall file and email updated verdict sheets by the end of the day.

/s/John S. Murphy, U.S.D.J.
**MURPHY, J.**