IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC. and AGRIGENETICS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 23-1059 (JFM) |
| INARI AGRICULTURE, INC. and INARI AGRICULTURE NV, | ) | |
| Defendants. | ) | |

**[INARI'S PROPOSED] VERDICT FORM**

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided throughout this Verdict Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Corteva" refers to Plaintiffs Corteva Agriscience LLC, Pioneer Hi-Bred International, Inc. and Agrigenetics, Inc., collectively.

2. "Inari" refers to Defendants Inari Agriculture Inc. and Inari Agriculture NV, collectively.

3. "Inari U.S.A." refers to Defendant Inari Agriculture Inc.

4. "Inari Belgium" refers to Defendant Inari Agriculture NV.

5. The "'246 patent" refers to U.S. Patent No. 7,956,246.

6. The "'434 patent" refers to U.S. Patent No. 8,575,434.

7. The "'363 patent" refers to U.S. Patent No. 8,680,363.

8. The "'522 patent" refers to U.S. Patent No. 8,283,522.

9. The "Asserted Patents" refers to the '246 patent, '434 patent, '363 patent, and '522 patent collectively.

## PATENT INFRINGEMENT

**QUESTION 1:**

Did Corteva prove by a preponderance of the evidence that by obtaining phytosanitary testing of patent deposit seeds Inari Belgium directly infringed an asserted claim?

You have been provided with the definition of direct infringement in the Jury Instructions.

You must check "Yes" or "No" for each row of the chart.

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

| Patent, Claim | Yes (for Corteva) | No (for Inari) |
|---|---|---|
| '434 patent, claim 8 | | |
| '246 patent, claim 12 | | |
| '246 patent, claim 13 | | |

**Proceed to the next page and answer Question 2.**

**QUESTION 2:**

Did Corteva prove by a preponderance of the evidence that Inari Belgium infringed an asserted claim by supplying a component especially made or adapted for use in the patented invention into another country where such component is uncombined in whole or in part, knowing that such component is so made or adapted and intending such component will be combined outside the United States in a manner that would infringe?

You have been provided with the definition of infringement by export of components in the Jury Instructions.

You must check "Yes" or "No" for each row of the chart.

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

| Patent, Claim | Yes (for Corteva) | No (for Inari) |
|---|---|---|
| '434 patent, claim 2 | | |
| '434 patent, claim 3 | | |
| '434 patent, claim 4 | | |
| '434 patent, claim 5 | | |
| '434 patent, claim 6 | | |
| '434 patent, claim 9 | | |
| '246 patent, claim 10 | | |
| '246 patent, claim 11 | | |
| '363 patent, claim 7 | | |
| '363 patent, claim 9 | | |
| '522 patent, claim 2 | | |

**Proceed to Question 3.**

**QUESTION 3:**

Did Inari prove by clear and convincing evidence that any of the claims of the ’522 patent are invalid?

Check “Yes” or “No” for each claim.

“**Yes**” is a finding for **Inari**.

“**No**” is a finding for **Corteva**.

| Patent, Claim | Yes (for Inari) | No (for Corteva) |
|---|---|---|
| ’522 patent, claim 1 | | |
| ’522 patent, claim 2 | | |
| ’522 patent, claim 3 | | |
| ’522 patent, claim 4 | | |
| ’522 patent, claim 5 | | |
| ’522 patent, claim 6 | | |
| ’522 patent, claim 7 | | |
| ’522 patent, claim 8 | | |
| ’522 patent, claim 9 | | |
| ’522 patent, claim 10 | | |
| ’522 patent, claim 11 | | |
| ’522 patent, claim 12 | | |
| ’522 patent, claim 13 | | |
| ’522 patent, claim 14 | | |

**Proceed to the next page.**

**Answer Questions 4 and 5 <u>only</u> if** you:

A. Answered "**YES**" for **<u>any</u>** claim in Questions 1 or 2, which means you found at least one claim is infringed,

AND

B. For '522 patent, claim 2, answered "**NO**" for Question 3, which means you found that same claim not invalid.

Otherwise, **DO NOT** answer Questions 4 and 5, and instead please proceed to Question 6 (PVPA Infringement).

**<u>QUESTION 4:</u>**

What amount of damages has Corteva proven, by a preponderance of the evidence, that it is entitled to as a reasonable royalty for Inari's infringement?

Answer: $______________________________________

**If you answered Question 4 you must answer Question 5. If you did not answer Question 4, do not answer Question 5.**

**QUESTION 5:**

Did Corteva prove by a preponderance of the evidence that Inari has willfully infringed any asserted claim of the Asserted Patents?

Check "**Yes**" if Corteva proved that Inari willfully infringed any claim you marked "Yes" in Questions 1 or 2.

Check "**No"** if Corteva failed to prove that Inari willfully infringed any claims.

**Yes:____________** **No**:_____________

**Proceed to Question 6.**

## PVPA INFRINGEMENT

**QUESTION 6:**

Did Corteva prove by a preponderance of the evidence that Inari Belgium infringed each of the asserted PVPA certificates listed in Appendix A of your juror notebook?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:**________________

**No:**________________

**Proceed to Question 7.**

**QUESTION 7:**

Did Corteva prove by a preponderance of the evidence that Inari U.S.A. infringed each of the asserted PVPA certificates listed in Appendix B of your juror notebook?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:**________________

**No:**________________

**Proceed to Question 8.**

**QUESTION 8:**

Did Inari prove by clear and convincing evidence that the PVP certificates identified in Appendix A and Appendix B in your juror notebook are invalid as not new because harvested material of the varieties was sold or disposed by other persons with Corteva's consent in the United States more than one year before the filing of the applications for the PVP certificates?

"**Yes**" is a finding for **Inari**.

"**No**" is a finding for **Corteva**.

**Yes:**________________

**No:**________________

**Proceed to Question 9.**

## UNFAIR OR DECEPTIVE BUSINESS PRACTICES

**QUESTION 9:**

Did Corteva prove by a preponderance of the evidence that Inari U.S.A. engaged in unfair or deceptive business practices?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes: ________________**

**No: ________________**

**If you answered "Yes" to Question 9, proceed to Question 10. If you answered "No" to Question 9, proceed to Question 13.**

**QUESTION 10:**

What amount of money did Corteva prove by a preponderance of the evidence would be adequate to compensate it for the harm caused by Inari U.S.A.'s unfair or deceptive business practices?

Answer: $________________________

**If you answered Question 10, please answer Question 11.**

**QUESTION 11:**

Did Corteva prove by a preponderance of the evidence that Inari U.S.A. engaged in unfair or deceptive business acts knowingly or willfully?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**If you answered "Yes" to Question 11, proceed to Question 12. If you answered "No" to Question 11, proceed to Question 13.**

**QUESTION 12:**

What amount of money do you award Corteva as a result of Inari U.S.A.'s knowing or willful unfair or deceptive act or practice?

Answer: $__________________________________

**Proceed to Question 13.**

## CONVERSION

**QUESTION 13:**

Did Corteva prove by a preponderance of the evidence that Inari converted Corteva's property by purchasing patent deposit seeds?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**If you answered "Yes" to Question 13, proceed to Question 14. If you answered "No" to Question 13, proceed to Question 15.**

**QUESTION 14:**

What amount of money damages did Corteva prove by a preponderance of the evidence were caused by Inari's conversion?

Answer: $_________________________________

**Proceed to Question 15.**

**BREACH OF CONTRACT**

**QUESTION 15:**

Did Inari prove by a preponderance of the evidence that Corteva waived its right to enforce the MTAs as a third-party beneficiary?

"**Yes**" is a finding for **Inari**.

"**No**" is a finding for **Corteva**.

**Yes:____________**

**No:____________**

**If you answered "Yes" to Question 15, proceed to Question 25. If you answered "No" to Question 15, proceed to Question 16.**

**QUESTION 16:**

Did Corteva prove by a preponderance of the evidence that Inari U.S.A. breached the 2017 MTA?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**If you answered "Yes" to Question 16, proceed to Question 17. If you answered "No" to Question 16, proceed to Question 18.**

**QUESTION 17:**

Did Corteva prove by a preponderance of the evidence that it suffered harm caused by Inari U.S.A.'s breach of the 2017 MTA?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**Proceed to Question 18.**

**QUESTION 18:**

Did Corteva prove by a preponderance of the evidence that Inari U.S.A. breached the 2022 MTA?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**If you answered "Yes" to Question 18, proceed to Question 19. If you answered "No" to Question 18, proceed to Question 20.**

**<u>QUESTION 19</u>:**

Did Corteva prove by a preponderance of the evidence that it suffered harm caused by Inari U.S.A.'s breach of the 2022 MTA?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**Proceed to Question 20.**

**Answer Question 20 <u>only</u> if** you answered "**YES**" to Questions 16 **and** 17 or Questions 18 **and** 19, which means you found Inari U.S.A. breached at least one MTA and Corteva suffered harm as a result.

Otherwise, **DO NOT** answer Question 20, and instead please proceed to Question 21.

**<u>QUESTION 20:</u>**

What amount of damages did Corteva prove by a preponderance of the evidence was caused by Inari U.S.A.'s breach of the 2017 and/or 2022 MTA?

Answer: $________________________________

**<u>Proceed to Question 21.</u>**

**QUESTION 21:**

Did Corteva prove by a preponderance of the evidence that Inari Belgium breached the 2019 MTA?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**If you answered "Yes" to Question 21, proceed to Question 22. If you answered "No" to Question 21, proceed to Question 23.**

**QUESTION 22:**

Did Corteva prove by a preponderance of the evidence that it suffered harm caused by Inari Belgium's breach of the 2019 MTA?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**Proceed to Question 23.**

**QUESTION 23:**

Did Corteva prove by a preponderance of the evidence that Inari Belgium breached the 2022 MTA?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**If you answered "Yes" to Question 23, proceed to Question 24. If you answered "No" to Question 23, proceed to Question 25.**

**QUESTION 24:**

Did Corteva prove by a preponderance of the evidence that it suffered harm caused by Inari Belgium's breach of the 2022 MTA?

"**Yes**" is a finding for **Corteva**.

"**No**" is a finding for **Inari**.

**Yes:____________**

**No:____________**

**Proceed to Question 25.**

**Answer Question 25 <u>only</u> if** you answered "**YES**" to Questions 21 **and** 22 or Questions 23 **and** 24, which means you found Inari Belgium breached at least one MTA and Corteva suffered harm as a result.

Otherwise, **DO NOT** answer Question 25, and instead please proceed to Question 26.

**<u>QUESTION 25:</u>**

What amount of damages did Corteva prove by a preponderance of the evidence was caused by Inari Belgium's breach of the 2019 and/or 2022 MTA?

Answer: $________________________________

**Proceed to Question 26.**

**QUESTION 26:**

Did Inari prove by clear and convincing evidence that any of the claims of the ’378 patent are invalid?

Check “Yes” or “No” for each claim.

“**Yes**” is a finding for **Inari**.

“**No**” is a finding for **Corteva**.

| Patent, Claim | Yes (for Inari) | No (for Corteva) |
|---|---|---|
| ’378 patent, claim 1 | | |
| ’378 patent, claim 2 | | |
| ’378 patent, claim 3 | | |
| ’378 patent, claim 4 | | |
| ’378 patent, claim 5 | | |
| ’378 patent, claim 6 | | |
| ’378 patent, claim 7 | | |
| ’378 patent, claim 8 | | |

**Proceed to the final page of the verdict form.**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the Verdict Form and notify the Court Security Officer that you have reached a unanimous verdict.

The foreperson should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

**Signature of the Foreperson:** ______________________________________

**Date:** ________________