**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC., and AGRIGENETICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INARI AGRICULTURE, INC. and INARI AGRICULTURE NV,<br><br>Defendants. | C.A. No. 23-1059 (JFM) |

**AMENDED EXHIBIT 1 TO THE PROPOSED FINAL PRETRIAL ORDER**
**JOINT STATEMENT OF UNCONTESTED FACTS**

Plaintiffs Corteva Agriscience LLC ("Corteva Agriscience"), Pioneer Hi-Bred International, Inc. ("Pioneer"), and Agrigenetics, Inc. ("Agrigenetics," and collectively with Corteva Agriscience and Pioneer, "Corteva"), on the one hand, and Defendants Inari Agriculture, Inc. ("Inari USA") and Inari Agriculture NV ("Inari Belgium," and collectively with Inari USA, "Inari"), on the other, respectfully submit the following statement of facts that are admitted and require no proof. By agreeing to these uncontested facts, no party agrees to limit its proof on such issues to the statements made below. The parties shall be free to expand upon these facts with other proof on the same or related issues.

## I. ABBREVIATIONS

1. To avoid repetition and improve readability, the Court and the parties may refer to the following terms using the abbreviations listed below. These abbreviations are used throughout this Joint Pretrial Order.

| Abbreviation | Term |
|---|---|
| Corteva Agriscience | Corteva Agriscience LLC |
| Pioneer | Pioneer Hi-Bred International, Inc. |
| Agrigenetics | Agrigenetics, Inc. |
| Corteva or Plaintiffs | Corteva Agriscience LLC, Pioneer Hi-Bred International, Inc., and Agrigenetics, Inc., collectively |
| Inari USA | Inari Agriculture, Inc. |
| Inari Belgium | Inari Agriculture NV |
| Inari or Defendants | Inari Belgium and Inari USA, collectively |
| ’434 patent | U.S. Patent No. 8,575,434 |
| ’246 patent | U.S. Patent No. 7,956,246 |
| ’522 patent | U.S. Patent No. 8,283,522 |
| ’363 patent | U.S. Patent No. 8,680,363 |
| Asserted Patents | U.S. Patent No. 8,575,434, U.S. Patent No. 7,956,246, U.S. Patent No. 8,283,522, U.S. Patent No. 8,680,363, collectively |
| Appendix A seeds | Seeds of the Asserted PVP Certificates identified on Appendix A to this Pre-Trial Order |
| Appendix B seeds | Seeds of the Asserted PVP Certificates identified on Appendix B to this Pre-Trial Order |
| ’378 patent | U.S. Patent No. 8,901,378 |
| PVPA | Plant Variety Protection Act |
| PVP | Plant Variety Protection |
| ATCC | American Type Culture Collection |
| LGC | LGC Standards |
| IE-SCS | Infinite-Eversole Specialty Crop Services LLC, which is also sometimes referred to as “IE-SCS” |

| Abbreviation | Term |
|---|---|
| VIB | Vlaams Instituut voor Biotechnologie located in Nevele, Belgium |
| Novogene | Novogene (UK) Company LTD located in Cambridge, UK |
| Flagship | Flagship Pioneering, Inc. |
| ISU | Iowa State University |
| USDA | United States Department of Agriculture |
| MTA | Material Transfer Agreement |
| MTAs | MTA signed May 4, 2017 between ATCC and Inari USA; MTA signed July 14, 2019 between ATCC and Inari Belgium; and MTA signed April 22, 2022 between ATCC, Inari Belgium, and Inari USA, collectively |
| 2017 MTA | MTA signed May 4, 2017 between ATCC and Inari USA |
| 2019 MTA | MTA signed July 14, 2019 between ATCC and Inari Belgium |
| PTA-11506 | ATCC-designated seed containing the DP-4114 corn event (also sometimes referred to as the DP-004114-3 corn event) |
| PTA-11384 | ATCC-designated seed containing the DAS-59122 corn event (also sometimes referred to as the DAS-59122-7 corn event) |
| PTA-11336 | ATCC-designated seed containing the *aad-12* gene, and the DAS-44406 soy event (also sometimes referred to as the DAS-44406-6 soy event) |
| PTA-12006 | ATCC-designated seed containing the DAS-81419 soy event (also sometimes referred to as the DAS-81419-2 soy event) |

## II. <u>PARTIES AND THIRD PARTIES</u>

2. Corteva Agriscience is a limited liability company organized and existing under the laws of Delaware with a principal place of business located at 9330 Zionsville Road, Indianapolis, Indiana 46268.

3. Pioneer is a corporation organized and existing under the laws of Iowa with a principal place of business at 7100 NW 62nd Avenue, Johnston, Iowa 50131.

4. Agrigenetics is a corporation organized and existing under the laws of Delaware with a principal place of business at 9330 Zionsville Road, Indianapolis, Indiana 46268.

5. Corteva Agriscience, Pioneer, and Agrigenetics are each wholly owned subsidiaries of Corteva Inc., which is organized and existing under the laws of Delaware and maintains its principal place of business at 9330 Zionsville Road, Indianapolis, Indiana 46268.

6. Dow AgroSciences LLC ("Dow") is a predecessor entity of Corteva Agriscience and is located in Indianapolis, Indiana.

7. Inari USA is a corporation organized and existing under the laws of Delaware with a principal place of business located at One Kendall Square, Cambridge, Massachusetts.

8. Inari Belgium is a public limited company organized and existing under the laws of Belgium with a principal place of business located in Ghent, Belgium.

9. Inari Belgium is a wholly owned subsidiary of Inari USA.

10. ATCC is an independent organization located in Virginia that is qualified to act as an international depository of materials for patent purposes.

11. LGC Standards is ATCC's distributor in Europe.

12. IE-SCS is a contract research and services company.

13. In May 2020, Inari Belgium contracted with IE-SCS to receive seeds from ATCC that Inari ordered through LGC, coordinate phytosanitary testing of corn seeds, and export the seeds to Inari.

14. LGC transmitted Inari Belgium's orders to ATCC, which fulfilled those orders and delivered them, at Inari Belgium's request, to IE-SCS.

15. IE-SCS arranged for phytosanitary testing and exported the patent deposit seeds to Belgium.

## III. BACKGROUND ON GENETICALLY MODIFIED PLANTS

16. A transgenic event includes insertion of a DNA insert or construct having one or more transgenes (genes that are sourced from a different organism than the plant being transformed), along with regulatory elements such as promoters and terminators.

17. During the creation of a transgenic event, a plant is transformed to include the DNA construct by processes that randomly insert the DNA construct into the plant genome.

18. A result of a successful transformation is called an "event."

19. An event is characterized by the transgene and the location of the transgene where it is inserted in the genome.

## IV. THE PATENTS-IN-SUIT

### A. The '434 Patent

20. Pioneer is the owner of all right, title, and interest in the '434 patent.

21. The '434 patent issued on November 5, 2013.

22. The '434 patent is titled "Maize Event DP-004114-3 and Methods for Detection Thereof."

23. The '434 patent discloses and claims corn seeds, plants, and tissues that include corn plant event DP-004114.

24. The '434 patent will expire in July 2031.

25. For purposes of this case, the priority date of the '434 patent is December 17, 2009.

26. In connection with the '434 patent, Corteva deposited a representative biological sample comprising seeds that incorporate the transgenic event DP-4114 with ATCC. Those seeds were given the ATCC accession number PTA-11506.

27. At least one PTA-11506 seed Inari Belgium acquired from ATCC and the plant Inari Belgium grew therefrom, comprises DP-004114-3.

28. At least one PTA-11506 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises the sequence set forth in SEQ ID NO: 27 of the ’434 patent.

29. At least one PTA-11506 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises the sequence set forth in SEQ ID NO: 28 of the ’434 patent.

30. At least one PTA-11506 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises the sequence set forth in SEQ ID NO: 27 or SEQ ID NO: 28 of the ’434 patent.

31. At least one PTA-11506 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises the sequence set forth in SEQ ID NO: 6 of the ’434 patent.

32. At least one PTA-11506 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises a DNA construct of claim 1 of the ’434 patent.

33. On May 20, 2020, Inari Belgium ordered PTA-11506 seeds from LGC. Inari Belgium received this order on August 24, 2020.

34. As of the date that Inari Belgium placed its orders for PTA-11506 seeds, Inari Belgium was aware that the ’434 patent indicated that a deposit was made with ATCC and the deposit was assigned accession number PTA-11506.

35. ISU performed phytosanitary testing for the pathogen that causes Stewart’s Wilt on a sample that included at least one PTA-11506 seed from July 22, 2020 to July 29, 2020.

36. ISU did not detect the pathogen that causes Stewart's Wilt in the sample that included at least one PTA-11506 seed.

37. The USDA issued a phytosanitary certificate for a shipment of corn seeds that included PTA-11506 seeds on August 6, 2020.

38. The phytosanitary certificate listed IE-SCS as the exporter of the shipment of corn seeds that included PTA-11506 seeds and Inari as the consignee.

39. IE-SCS exported PTA-11506 seeds to Inari in Belgium on August 7, 2020.

40. On October 25, 2021, Inari Belgium ordered additional PTA-11506 seeds from LGC. Inari Belgium received this order on January 14, 2022.

41. On November 18, 2021, ATCC sent additional PTA-11506 seeds to IE-SCS.

42. In Belgium, Inari Belgium grew at least 3 plants from PTA-11506 seeds obtained from ATCC.

43. Inari Belgium extracted DNA from at least one plant grown from PTA-11506 seeds.

44. Inari Belgium sent the DNA extracted from at least one plant grown from PTA-11506 seeds to a third-party laboratory called Novogene for DNA sequencing.

45. Inari Belgium grew several generations of plants starting from the PTA-11506 seeds.

46. At least one plant Inari Belgium grew from the PTA-11506 seeds meets each and every element of claims 2-6 and 9 of the '434 patent.

47. At least one PTA-11506 seed Inari Belgium acquired from ATCC meets each and every limitation of claims 1 and 8 of the '434 patent.

48. Inari Belgium used progeny plants from PTA-11506 seeds to gene edit DP-4114 to create INIR-6.

49. Inari refers to its edited version of DP-4114 as INIR-6.

50. Inari Belgium sent seeds containing INIR-6 to Chile.

51. Herculex® XTRA is a corn product sold by Corteva containing a breeding stack of DAS-59122-7 and TC1507 events.

52. Herculex® XTRA has been available as a commercial product since 2006.

53. [PARAGRAPH INTENTIONALLY OMITTED]

54. [PARAGRAPH INTENTIONALLY OMITTED]

**B. The ’246 Patent**

55. Pioneer is the owner of all right, title, and interest in the ’246 patent.

56. The ’246 patent issued on June 7, 2011.

57. The ’246 patent is titled “Corn Event DAS-59122-7 and Methods for Detection Thereof.”

58. The ’246 patent discloses and claims corn seeds, plants, and tissues that include corn plant event DAS-59122-7.

59. The ’246 patent expired in May 2026.

60. For purposes of this case, the priority date of the ’246 patent is September 29, 2004.

61. In connection with the ’246 patent, Corteva deposited a representative biological sample comprising seeds that incorporate the transgenic event DAS-59122 with ATCC. Those seeds were given the ATCC accession number PTA-11384.

62. At least one PTA-11384 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises DAS-59122-7.

63. At least one PTA-11384 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises a DNA construct of claim 1 of the ’246 patent.

64. At least one PTA-11384 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises SEQ ID NO: 19 of the ’246 patent.

65. At least one PTA-11384 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises SEQ ID NO: 20 of the ’246 patent.

66. At least one PTA-11384 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises SEQ ID NO: 19 and SEQ ID NO: 20 of the ’246 patent.

67. At least one PTA-11384 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises SEQ ID NO: 23 of the ’246 patent.

68. On May 20, 2020, Inari Belgium ordered PTA-11384 seeds from LGC. Inari Belgium received this order on August 24, 2020.

69. As of the date that Inari Belgium placed its orders for PTA-11384 seeds, Inari Belgium was aware that the ’246 patent indicated that a deposit was made with ATCC and the deposit was assigned accession number PTA-11384.

70. ISU performed phytosanitary testing for the pathogen that causes Stewart’s Wilt on a sample that included at least one PTA-11384 seed from July 22, 2020 to July 29, 2020.

71. ISU did not detect the pathogen that causes Stewart’s Wilt in the sample that included at least one PTA-11384 seed.

72. USDA issued a phytosanitary certificate for a shipment of corn seeds that included PTA-11384 seeds.

73. The phytosanitary certificate listed IE-SCS as the exporter of the shipment of corn seeds that included PTA-11384 seeds and Inari Belgium as the consignee.

74. IE-SCS exported PTA-11384 seeds to Inari in Belgium on August 7, 2020.

75. In Belgium, Inari Belgium grew at least 3 plants from PTA-11384 seeds obtained from ATCC.

76. Inari Belgium extracted DNA from at least one plant grown from PTA-11384 seeds.

77. Inari Belgium sent the DNA extracted from at least one plant grown from PTA-11384 seeds to a third-party laboratory called Novogene for DNA sequencing.

78. Inari Belgium grew several generations of plants starting from the PTA-11384 seeds.

79. At least one plant Inari Belgium grew starting from the PTA-11384 seeds meets each and every element of claims 10-11 of the ’246 patent.

80. At least one PTA-11384 seed Inari Belgium acquired from ATCC meets each and every limitation of claims 12-13 of the ’246 patent.

81. Inari Belgium sent seeds from progeny of PTA-11384 that contained DAS-59122 to Chile.

82. [PARAGRAPH INTENTIONALLY OMITTED]

83. [PARAGRAPH INTENTIONALLY OMITTED]

84. [PARAGRAPH INTENTIONALLY OMITTED]

85. [PARAGRAPH INTENTIONALLY OMITTED]

**C. <u>The ’522 Patent</u>**

86. Pioneer is the owner of all right, title, and interest in the ’522 patent.

87. The ’522 patent issued on October 9, 2012.

88. The ’522 patent is titled “Herbicide Resistance Genes.”

89. The ’522 patent is directed to plants, seeds, and plant cells that contain a polynucleotide that encode a protein having aryloxyalkanoate dioxygenase activity.

90. The ’522 patent will expire in April 2029.

91. For purposes of this case, the priority date of the ’522 patent is October 28, 2005.

92. The *aad-12* gene claimed in the ’522 patent is present in soybean event DAS-44406.

93. Corteva deposited a representative biological sample with ATCC comprising seeds that incorporate the transgenic event DAS-44406, which comprises the *aad-12* gene. Those seeds were given ATCC accession number PTA-11336.

94. DAS-44406 comprises the *aad-12* gene.

95. The *aad-12* gene of DAS-44406 encodes a protein with 100% amino acid sequence identity with SEQ ID NO: 4 of the ’522 patent.

96. At least one PTA-11336 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises DAS-44406-6.

97. At least one PTA-11336 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises the polynucleotide sequence of SEQ ID NO: 3 that encodes the protein of SEQ ID NO: 4 of the ’522 patent.

98. At least one PTA-11336 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises a polynucleotide that encodes a protein that has at least a 95% amino acid sequence identity with SEQ ID NO: 2 of the ’522 patent.

99. At least one PTA-11336 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises a polynucleotide that encodes a protein that has at least a 95% amino acid sequence identity with SEQ ID NO: 4 of the ’522 patent.

100. At least one PTA-11336 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises a polynucleotide that encodes a protein that has at least a 99% amino acid sequence identity with SEQ ID NO: 2 of the ’522 patent.

101. At least one PTA-11336 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises a polynucleotide that encodes a protein that has at least a 99% amino acid sequence identity with SEQ ID NO: 4 of the ’522 patent.

102. On September 8, 2020, Inari Belgium ordered PTA-11336 seeds from LGC. Inari received this order on December 2, 2020.

103. On October 25, 2021, Inari Belgium ordered additional PTA-11336 seeds from LGC. Inari received this order on January 14, 2022.

104. LGC transmitted Inari Belgium’s orders to ATCC, which fulfilled those orders and delivered them, at Inari Belgium’s request, to IE-SCS.

105. As of the date that Inari Belgium placed its orders for PTA-11336 seeds, Inari Belgium was aware of the ’522 patent.

106. As of the date that Inari Belgium placed its orders for PTA-11336 seeds, Inari Belgium was aware that the ’655 patent indicated that a deposit was made with ATCC and the deposit was assigned accession number PTA-11336.

107. On November 18, 2020, ATCC sent PTA-11336 seeds to IE-SCS.

108. IE-SCS exported PTA-11336 seeds to Inari in Belgium on November 23, 2020.

109. In Belgium, Inari Belgium grew at least 9 plants from PTA-11336 seeds obtained from ATCC.

110. Inari Belgium extracted DNA from at least one plant grown from PTA-11336 seeds.

111. Inari Belgium sent the DNA extracted from at least one plant grown from PTA-11336 seeds to a third-party laboratory called Novogene for DNA sequencing.

112. Inari Belgium grew several generations of plants starting from the PTA-11336 seeds.

113. At least one plant Inari Belgium grew starting from the PTA-11336 seeds meets each and every element of claim 2 of the ’522 patent.

114. At least one PTA-11336 seed Inari Belgium acquired from ATCC meets each and every limitation of claims 1, 12-13 of the ’522 patent.

115. Inari Belgium used progeny of PTA-11336 seeds to gene edit DAS-44406 to create INHT-26.

116. Inari refers to its edited version of DAS-44406 as INHT-26.

117. Inari Belgium sent seeds containing INHT-26 to Chile.

118. Inari Belgium sent seeds from progeny of PTA-11336 that contain DAS-44406 to Argentina.

**D. <u>The ’363 Patent</u>**

119. Pioneer is the owner of all right, title, and interest in the ’363 patent.

120. The ’363 patent issued on March 25, 2014.

121. The ’363 patent is titled “Insect Resistant and Herbicide Tolerant Soybean Event 9582.814.19.1.”

122. The ’363 patent discloses and claims soybean seeds, plants, and tissues that include soybean plant event DAS-81419, which confers insect resistance and herbicide tolerance to the soybeans.

123. The ’363 patent will expire in July 2032.

124. For purposes of this case, the priority date of the ’363 patent is July 26, 2011.

125. [PARAGRAPH INTENTIONALLY OMITTED]

126. [PARAGRAPH INTENTIONALLY OMITTED]

127. [PARAGRAPH INTENTIONALLY OMITTED]

128. [PARAGRAPH INTENTIONALLY OMITTED]

129. [PARAGRAPH INTENTIONALLY OMITTED]

130. In connection with the ’363 patent, Corteva deposited a representative biological sample comprising seeds that incorporate the transgenic event DAS-81419 with ATCC. Those seeds were given the ATCC accession number PTA-12006.

131. At least one PTA-12006 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises DAS-81419-2.

132. At least one PTA-12006 seed Inari Belgium acquired from ATCC, and the plant Inari Belgium grew therefrom, comprises SEQ ID NO: 14 of the ’363 patent.

133. [PARAGRAPH INTENTIONALLY OMITTED]

134. On September 8, 2020, Inari Belgium ordered PTA-12006 seeds from LGC. Inari Belgium received this order on December 2, 2020.

135. On October 25, 2021, Inari Belgium ordered additional PTA-12006 seeds from LGC. Inari Belgium received this order on January 14, 2022.

136. LGC transmitted Inari Belgium’s orders to ATCC, which fulfilled those orders and delivered them, at Inari Belgium’s request, to IE-SCS.

137. As of the date that Inari Belgium placed its orders for PTA-12006 seeds, Inari Belgium was aware that the ’363 patent referenced a patent deposit made with ATCC and the seed deposit was assigned accession number PTA-12006.

138. On November 18, 2020, ATCC sent PTA-12006 seeds to IE-SCS.

139. IE-SCS exported PTA-12006 seeds to Inari in Belgium on November 23, 2020.

140. In Belgium, Inari Belgium grew at least 2 plants from PTA-12006 seeds obtained from ATCC.

141. Inari Belgium extracted DNA from at least one plant grown from PTA-12006 seeds.

142. Inari Belgium sent the DNA extracted from at least one plant grown from PTA-12006 seeds to a third-party laboratory called Novogene for DNA sequencing.

143. Inari Belgium grew several generations of plants starting from the PTA-12006 seeds.

144. At least one plant Inari Belgium grew starting from the PTA-11336 seeds meets each and every element of claims 7 and 9 of the ’363 patent.

145. At least one PTA-11336 seed Inari Belgium acquired from ATCC meets each and every limitation of claim 8 of the ’363 patent.

146. Inari Belgium used progeny of PTA-12006 seeds to gene edit DAS-81419 to create INIR-19.

147. Inari refers to its edited version of DAS-81419 as INIR-19.

148. Inari Belgium sent seeds from progeny of PTA-12006 that contain DAS-81419 to Argentina.

149. [PARAGRAPH INTENTIONALLY OMITTED]

150. [PARAGRAPH INTENTIONALLY OMITTED]

## V. THE ’378 PATENT

151. Pioneer is the owner of all right, title, and interest in the ’378 patent.

152. The ’378 patent is titled “Corn Event TC-1507 and Methods for Detection Thereof.”

153. The ’378 patent is directed to a transgenic insect resistant corn plant that contains a corn event, TC-1507, and methods for detecting TC-1507 based on a DNA construct inserted into the corn plant’s genome.

154. The ’378 patent issued on December 2, 2014.

## VI. THE PVP CERTIFICATES

155. Appendices A and B identify the Asserted PVP certificates and provide additional information for each certificate including the owner of the certificate, the ATCC deposit number that corresponds to the certificate, the issue date of the certificate, the date Inari ordered the ATCC deposit corresponding to the certificate, and the date IE-SCS exported the ATCC deposit corresponding to the certificate.

156. As of the dates that Inari Belgium placed orders with ATCC via LGC Standards for the ATCC deposit seeds listed on Appendix A, Inari Belgium was aware that the seeds were subject to the PVP certificates listed in Appendix A.

157. As of the dates that Inari USA placed orders with ATCC via LGC Standards for the ATCC deposit seeds listed in Appendix B, Inari USA was aware that the seeds were subject to the PVP certificates listed in Appendix B.

158. The applications for the Asserted PVP certificates were filed between 1997 and 2018.

159. The Plant Variety Protection Office ("PVPO") of the USDA granted the applications for and issued each of the Asserted PVP certificates between 2000 and 2019.

160. Every PVP certificate listed in Appendix A and B is also the subject of a granted U.S. utility patent on the same corn variety as identified in the corresponding PVP certificate.

161. For each of the Unasserted Utility Patents, Corteva made a patent deposit with the ATCC.

### A. Appendix A Seeds

162. Inari Belgium acquired seeds deposited at ATCC and identified in Appendix A from ATCC, through purchase orders submitted to LGC Standards, and had them shipped to Belgium.

163. On May 20, 2020 and September 8, 2020, Inari Belgium ordered the seed varieties listed in Appendix A from LGC Standards.

164. On August 7, 2020 and November 23, 2020, IE-SCS exported from the United States the seed varieties listed in Appendix A to Inari in Belgium.

165. By December 2, 2020 Inari Belgium received the seed varieties listed in Appendix A.

166. For each batch of the Appendix A Seeds that Inari Belgium obtained, Inari Belgium initially attempted to grow three (3) plantlets. If the seeds failed to germinate then ten (10) seeds were sown to grow plantlets.

167. For each of the seeds identified in Appendix A capable of germination, Inari Belgium grew three plantlets, extracted leaf material from the plants, and extracted and isolated DNA from the leaf material.

168. For seeds identified in Appendix A that failed to germinate, Inari Belgium extracted DNA from crushed seeds.

169. Inari Belgium contracted with independent laboratory Novogene to sequence the extracted DNA from the varieties identified in Appendix A.

170. The plantlets grown by Inari Belgium and the extracted DNA sent to Novogene were subsequently destroyed and discarded.

171. Inari has not used the seeds from Appendix A varieties to grow additional plants or for any other purpose after sequencing was complete.

172. The remaining seeds are stored at Inari Belgium's facilities in Ghent, Belgium.

**B. Appendix B Seeds**

173. Inari USA acquired from ATCC the patent deposit seeds identified in Appendix B.

174. Inari USA exported progeny seeds grown from the seeds identified in Appendix B from the United States to Rancagua, Chile.

175. On February 19, 2020, Inari USA ordered Corteva seeds designated PTA-3504, PTA-3501, 203625, PTA-1831, PTA-1610, PTA-1712, PTA-1711, PTA-1709, 97660, 209518, 203795, and PTA-608 from ATCC, which were delivered to Inari USA's West Lafayette facility on March 10, 2020.

176. On September 23, 2020, Inari USA ordered Corteva seeds designated 203625, PTA-1831, PTA-1610, PTA-1712, PTA-1711, PTA-1709, 97660, 209518, 203795, PTA-3501, and PTA-608 from ATCC, which were delivered to Inari USA's West Lafayette facility on October 16, 2020.

177. In Winter 2020, Inari USA exported seeds that had been grown from the PTA-3504, PTA-3501, 203625, PTA-1831, PTA-1610, PTA-1712, PTA-1711, PTA-1709, 97660, 209518, 203795, and PTA-608 seeds it acquired from ATCC to Rancagua, Chile.

178. PVP Certificate No. 9700209, the PVP certificate associated with PTA-608, expired on October 27, 2020.

179. PVP Certificate Nos. 9700210 and 9700212, the PVP certificates to the varieties whose seeds were deposited in ATCC Deposit Nos. 97660 and 209518, respectively, expired on February 5, 2021.

180. PVP Certificate No. 9800384, the PVP certificate to the variety whose seeds were deposited in ATCC Deposit No. 203625, expired on June 14, 2021.

181. PVP Certificate No. 9800320, the PVP certificate to the variety whose seeds were deposited in ATCC Deposit No. 203795, expired on January 30, 2021.

182. PVP Certificate Nos. 9900379, 9900382, and 9900383, the PVP certificates to the varieties whose seeds were deposited in PTA-1709, PTA-1711, and PTA-1712, respectively, expired on November 6, 2021.

183. PVP Certificate Nos. 9900364 and 9900363, the PVP certificates to the varieties whose seeds were deposited in PTA-1831 and PTA-1610, respectively, expired on September 12, 2021.

184. PVP Certificate No. 200000207, the PVP certificate to the variety whose seeds were deposited in PTA-3501, expired on July 19, 2022.

185. PVP Certificate No. 200000224, the PVP certificate to the variety whose seeds were deposited in PTA-3504, expired on January 31, 2022.

## VII. ATCC AND CORTEVA'S SEED DEPOSITS

186. Any party requesting ATCC patent deposits must have an active ATCC account and an executed MTA on file prior to receiving products from ATCC or its licensed distributors.

187. On September 14, 2010, Dow AgroSciences LLC deposited seeds at ATCC containing event DAS-44406 that were designated PTA-11336.

188. On October 4, 2010, Pioneer deposited seeds at ATCC containing event DAS-59122 that were designated PTA-11384.

189. On November 24, 2010, Pioneer deposited seeds at ATCC containing event DP-4114 that were designated PTA-11506.

190. On July 21, 2011, Dow AgroSciences LLC deposited seeds at ATCC containing event DAS-81419 that were designated PTA-12006.

191. Corteva deposited seeds at ATCC, as patent deposits, that correspond to the variety names and PVP certificates listed in Appendix A and Appendix B.

## VIII. PHYTOSANITARY TESTING

192. The USDA is responsible for the testing of plant pathogens and the issuance of phytosanitary certificates.

193. The National Seed Health System ("NSHS") is a program authorized by USDA's Animal and Plant Health Inspection Service ("USDA-APHIS") and administered by the Iowa State University Seed Science Center that works to accredit both private and public entities to perform certain activities needed to support the issuance of Federal phytosanitary certificates for the international movement of seed.

194. The USDA certifies laboratories that are qualified to perform phytosanitary testing, and all sampling, inspection, and testing is officially conducted by government officials or approved entities.

195. Stewart's Wilt is a disease of corn that can contaminate corn seeds caused by bacteria present on the corn seeds.

196. IE-SCS received the patent deposit seeds from the ATCC in Massachusetts, coordinated with the USDA for a government inspector who selected the sample seeds for phytosanitary testing, and shipped the official sample to ISU.

197. ISU is a USDA-approved testing laboratory for Stewart's Wilt.

198. ISU performed, in Iowa, the test for Stewart's Wilt on the sample seeds selected by the government inspector, including seeds in three composite samples of seeds, from the patent deposits for PTA-11506, PTA-11384, and the Variety Patents for the varieties in Appendix A.

199. The government inspector selected at least one, but generally two or three, seeds from each of the deposits to make the three separate composite samples to be tested by ISU.

200. ISU performed the standard ELISA (Enzyme-linked immunosorbent assay) test acknowledged by NSHS for *Pantoea stewartia* to test the samples sent by IE-SCS.

201. The ELISA test performed by ISU involved grinding up the patent deposit seeds, soaking the ground-up patent deposit seeds in an extraction buffer, separating the extraction buffer from the ground-up seed material, and using an antibody specific to the Stewart's Wilt pathogen in the ELISA test of the extraction buffer.

202. The procedures of performing the ELISA test undertaken by ISU for Stewart's Wilt resulted in the destruction of the seeds.

203. Based on the negative test results for Stewart's Wilt, the USDA issued a phytosanitary certificate enabling export of the corn seeds from the sampled lots to Belgium.

204. After receiving the phytosanitary certificates, IE-SCS exported the patent deposit samples from Massachusetts to Inari Belgium in Ghent, Belgium.

## IX. THE MATERIAL TRANSFER AGREEMENTS

205. On May 4, 2017, Inari USA executed the 2017 MTA with ATCC.

206. Ignacio Martinez signed the 2017 MTA on behalf of Inari USA.

207. ATCC_000127778-781[1] is a complete, true, and correct copy of the fully executed 2017 MTA between Inari USA and ATCC.

208. On July 14, 2019, Inari Belgium executed the 2019 MTA with ATCC.

209. Fred Van Ex signed the 2019 MTA on behalf of Inari Belgium.

210. INARI_0000000249-252 is a complete, true, and correct copy of the fully executed 2019 MTA between Inari Belgium and ATCC.

211. On August 7, 2018, Inari USA executed a "New Account Application BSL-1" with ATCC.

[1] The parties agree to amend references herein to include PTX or JTX references in lieu of the Bates numbers when they are available.

212. ATCC_000034416 is a complete, true, and correct copy of the fully executed "New Account Application BSL-1" signed on August 7, 2018.

213. On July 30, 2019, Inari Belgium executed a "New Account Application BSL-1" with ATCC.

214. INARI_0000000140 is a complete, true, and correct copy of the fully executed "New Account Application BSL-1" signed on July 30, 2019.

215. On April 17, 2020, IE-SCS executed a "New Account Application BSL-1" with ATCC.

216. IESCS_CORTEVA_001634 is a complete, true, and correct copy of the fully executed "New Account Application BSL-1" signed on April 17, 2020.

217. IE-SCS executed an MTA with ATCC on April 17, 2020.

## X. INARI'S COMMERCIAL GOALS

218. Inari is a for-profit company.

219. Inari wants to create value for shareholders.