**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORTEVA AGRISCIENCE LLC, PIONEER HI-BRED INTERNATIONAL, INC., and AGRIGENETICS, INC., Plaintiffs, | C.A. No. 23-1059 (JFM) |
| v. | |
| INARI AGRICULTURE, INC. and INARI AGRICULTURE NV, Defendants. | **REDACTED VERSION** |

**AMENDED EXHIBIT 8 TO THE PROPOSED FINAL PRETRIAL ORDER**
**SECOND AMENDED JOINT TRIAL EXHIBIT LIST**

The parties hereby file this Second Amended Joint Trial Exhibit List as Amended Exhibit 8 to the [Proposed] Joint Pre-Trial Order dated September 2, 2026 [D.I. 634].

Dated: September 22, 2026

**BARNES & THORNBURG LLP**

*s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
Brian S.S. Auerbach (No. 6532)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel. (302) 300-3474
Chad.Stover@btlaw.com
Brian.Auerbach@btlaw.com

OF COUNSEL:

Peter Bicks (*Pro hac vice*)
Kim B. Goldberg (*Pro hac vice*)
Jordan B. Fernandes (*Pro hac vice*)
Christine Willgoos (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: +1 212 506 5000

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP** /

*/s/ Megan E. Dellinger*
Megan E. Dellinger (No. 5739)
Cameron P. Clark (No. 6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:

Dimitrios T. Drivas
Raj S. Gandesha
John P. Scheibeler
Hallie Kiernan
Jongtae Jason Lee
Angelika Kligos
WHITE & CASE LLP

Fax: +1 212 506 5151
pbicks@orrick.com
kgoldberg@orrick.com
jfernandes@orrick.com
cwillgoos@orrick.com

David Gindler (*Pro hac vice*)
Lauren Drake (*Pro hac vice*)
Christopher Lynch (*Pro hac vice*)
Avery Cartwright (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Tel: +1 213 629 2020
Fax: +1 213 612 2499
dgindler@orrick.com
ldrake@orrick.com
clynch@orrick.com
acartwright@orrick.com

Gary Frischling (*Pro hac vice*)
Gavin McGimpsey (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2-C
Santa Monica, CA 90401
Tel: +1 310 633 2800
Fax: +1 310 633 2849
gfrischling@orrick.com
gmcgimpsey@orrick.com

Carly Romanowicz (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley St.
Suite 2000
Boston, MA 02116
Tel: +1 617 880 1800
Fax: +1 617 880 1801
cromanowicz@orrick.com

Elizabeth Moulton (*Pro hac vice*)
Robert Reese Oñate (*Pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco CA 94105

1221 Avenue of the Americas
New York, NY 10010
(212) 819-8200

Robert M. Isackson
Henry A. Gabathuler
Emily A. Rice
LEASON ELLIS LLP
One North Lexington Avenue, Suite 1200
White Plains, NY 10601
(914) 288-0022

*Attorneys for Defendant*

Tel: +1 415 773 5700
Fax: +1 415 773 5759
emoulton@orrick.com
ronate@orrick.com

Todd Vare (*Pro hac vice*)
BARNES & THORNBURG LLP
11 S. Meridian St.
Indianapolis, IN 46204
Tel: (317) 231-7735
Todd.Vare@btlaw.com

Ronald Cahill (*Pro hac vice*)
Heather B. Repicky (*Pro hac vice*)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5312
Ronald.Cahill@btlaw.com
hrepicky@btlaw.com

Lauren Baker (*Pro hac vice*)
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326
Tel: (404) 264-4036
Lauren.Baker@btlaw.com